■ SALLY MERENDINO et al., Appellants, v. City of New York et al., Respondents.— Appeal from order entered July 8, 1966, dismissed, with $30 costs and disbursements to the respondents, since the order is not appealable. In reality the application was one for reargument. But even if it were considered as an application for renewal, which would be appealable, the order would nevertheless be affirmed. Concur — Stevens, J. P., Capozzoli, Tilzer, Rabin, and Bastow, JJ.